IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY YOUNG,
     Petitioner,

v.                                Case No.:  5:06cv147/SPM/EMT

JAMES McDONOUGH,
     Respondent.
_____/

## ORDER

This cause is before the court on Petitioner's motion to amend his petition for writ of habeas corpus filed under 28 U.S.C. § 2254 and his amended petition (Docs. 16, 17).  Respondent opposes the motion to amend on the ground that amendment of the petition is unnecessary because the claim that Petitioner seeks to add was raised in his original petition (*see* Doc. 19).

After careful consideration of Petitioner's motion to amend, it is the opinion of the undersigned that the motion should be denied as the claim that Petitioner seeks to add is the same as Ground Five of his original petition (*see* Doc. 16, Doc. 1, Ground Five).  However, in light of Petitioner's argument that he exhausted Ground Five by raising it as Issue II in the direct appeal of his conviction (*see* Doc. 16 ¶ 4), Respondent's request for an opportunity to file an amended response to the habeas petition addressing the merits of Ground Five shall be granted (*see* Doc. 12 at 23–24).  Additionally, Respondent shall address whether Petitioner exhausted Ground Five in the direct appeal of his conviction.

Accordingly, it is **ORDERED**:

1.     Petitioner's motion to amend (Doc. 16) is **DENIED**.

2.     Within **THIRTY (30) DAYS** from the date of docketing of this order, Respondent shall file an amended response addressing the merits of Ground Five of the original petition, as well as whether Petitioner exhausted Ground Five in the state courts.

**DONE AND ORDERED** this 18th day of January 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M.  TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**